ORIGINAL

1 bengarciainf

2 LEONARDO M. RAPADAS
United States Attorney
3 STEVE CHIAPPETTA
Special Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 Hagåtña, Guam 96910
PHONE: 472-7332
6 FAX: 472-7334

7 Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO: 05-00055 |
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **RECKLESS DRIVING** |
| BENJAMIN B. GARCIA, | ) [16 G.C.A. § 9107 and 18 U.S.C. § 7(3) & (13)] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 4, 2005, in the District of Guam, the defendant, BENJAMIN B. GARCIA, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did willfully operate his motor vehicle upon Marine Corps Drive, located on Naval Base Guam, with wanton disregard for the safety of persons or property thereon, in violation of 16 Guam Code Annotated, Section 9107, and Title 18, United States Code, Sections 7(3) and 13.

DATED this 7th day of December, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ STEVE CHIAPPETTA
Special Assistant U.S. Attorney