LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00055 |
| | ) | |
| Plaintiff. | ) | |
| | ) | **UNITED STATES' MOTION** |
| vs. | ) | **FOR ISSUANCE OF SUMMONS** |
| | ) | |
| BENJAMIN B. GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Comes now the United States of America and motions this Honorable Court to issue a summons for defendant, BENJAMIN B. GARCIA, based on an Information filed charging the defendant with Reckless Driving in violation to 16 Guam Code Annotated, Section 9107 and Title 18, United States Code, Section 7(3) and 13.

Respectfully submitted this 7th day of December 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney