LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. MJ-05-00055 |
| Plaintiff. | ) | |
| vs. | ) | **ORDER** re: December 7, 2005 United States' Motion for Issuance of Summons |
| BENJAMIN B. GARCIA, | ) | |
| Defendant. | ) | |

The United States' Motion for Issuance of Summons as to defendant, BENJAMIN B. GARCIA, filed on December 7, 2005 is hereby granted.

IT IS SO ORDERED that a summons be issued for the above-named defendant.

12/8/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**