IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
DEC -8 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00055                     DATE: December 8, 2005

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**     Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 10:25:31 - 10:40:00**     CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: BENJAMIN B. GARCIA**                                **ATTY: JOHN GORMAN**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.              ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: STEVE CHIAPPETTA                             AGENT:

U.S. PROBATION: MARIA CRUZ                                  U.S. MARSHAL: V. ROMAN

INTERPRETER: _____                         LANGUAGE: _____

**PROCEEDINGS:     INITIAL APPEARANCE / PLEA / SENTENCING**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:  __FEDERAL PUBLIC DEFENDER__, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED:     AGE: ____     HIGH SCHOOL COMPLETED: _____
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: __RECKLESS DRIVING__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

PROCEEDINGS CONTINUED TO: _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defense informed the Court that they wished to proceed to sentencing. Joint recommendation by parties for the imposition of a fine and special assessment fee with no probation term to follow. Both counsel stated their reason for the recommendation. The Probation Officer had no objections to the recommendation by parties.
Defendant was sentenced to pay a $500.00 Fine and $10.00 Special Assessment Fee. Defendant was advised of his appeal rights.

Courtroom Deputy: ____