# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA
V.

**BENJAMIN B. GARCIA**

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CASE NUMBER: **MJ-05-00055**

USM NUMBER:

**JOHN GORMAN, FEDERAL PUBLIC DEFENDER**
Defendant's Attorney

**THE DEFENDANT:**

X **THE DEFENDANT** pleaded guilty to count(s) **I**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 G.C.A. §9107 and 18 U.S.C. § 7(3) & 13 | RECKLESS DRIVING | 12/04/2005 | I |

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

FILED
DISTRICT COURT OF GUAM
DEC - 8 2005 9P
MARY L.M. MORAN
CLERK OF COURT

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 500.00 |

Defendant's Soc. Sec. No.: ______

Defendant's Date of Birth: ______

Defendant's Residence Address:

Defendant's Mailing Address:

**December 8, 2005**
Date of Imposition of Judgment

[signature]
Signature of Judge

**JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE**
Name and Title of Judge

December 8, 2005
Date

ORIGINAL