# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Benjamin B. Garcia, <br><br> Defendant. | Case No. 1:05-mj-00055 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Judgment filed December 8, 2005 and Notice of Entry filed December 9, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *December 8, 2005* | *December 9, 2005* | *December 9, 2005* | *December 9, 2005* |
| *Appointment Order* | *Appointment Order* | *Judgment* | *Judgment* |
| *December 9, 2005* | *December 9, 2005* | | |
| *Judgment* | *Judgment* | | |
| *December 12, 2005* | *December 9, 2005* | | |
| *Notice of Entry* | *Notice of Entry* | | |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Appointment Order, Judgment filed December 8, 2005 and Notice of Entry filed December 9, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 12, 2005 /s/ Marilyn B. Alcon
Deputy Clerk